STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6925
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DALAL BASEM KHATIB,<br><br>            Plaintiff,<br><br>   v.<br><br>ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security, *et al.*,<br><br>            Defendants. | C 5:21-cv-02270 SVK<br><br>**STIPULATION REMANDING CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, PURSUANT TO 8 U.S.C. § 1447(b) and [PROPOSED] ORDER** |

   1. Plaintiff commenced an action pursuant to 8 U.S.C. § 1447(b), requesting this Court to adjudicate her application for naturalization that was pending before the United States Citizenship and Immigration Services ("USCIS" or "the agency") for more than 120 days after Plaintiff had been interviewed.

   2. USCIS is now prepared to resolve this matter by adjudicating Plaintiff's application for naturalization. However, USCIS cannot adjudicate the application unless and until the Court remands the matter to the agency. *See* 8 U.S.C. § 1447(b) (explaining that the district court "may remand [a Section 1447(b) case], with appropriate instructions, to the [USCIS]"); *United States v. Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004) (accord).

Stipulation to Remand
C 5:21-cv-02270 SVK                     1

Accordingly, subject to the Court's approval, IT IS HEREBY STIPULATED that:

1. USCIS scheduled an interview for Ms. Khatib on July 14, 2021.

2. The Court shall remand this case to USCIS, 1450 Coleman Ave, Santa Clara, CA 95050, directing the agency to take any and all necessary actions, and to issue a decision on Plaintiff's application for naturalization within 30 days of Plaintiff's interview.

3. If USCIS does not issue a decision on Plaintiff's application for naturalization within the time frame set forth in paragraphs 1 and 2 above, Defendants will not oppose any request by Plaintiff to this Court to vacate the remand order and thereby re-assert jurisdiction over Plaintiff's action pursuant to 8 U.S.C. § 1447(b).

4. Each of the parties shall bear their own costs and fees.

Dated:  June 30, 2021

Respectfully submitted,

STEPHANIE HINDS
Acting United States Attorney

_/s/ Elizabeth Kurlan_
ELIZABETH KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: June 30, 3021

_/s/ Jeffrey Wang_
JEFFREY WANG
Attorney for Plaintiff

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  July 1, 2021

SUSAN VAN KEULEN
United States Magistrate Judge